## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 15-21554-JAD |
| Amy J. Ditta, and | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 138 |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | December 13, 2017 at 11:00 a.m. |
| | ) | |
| No Respondent. | ) | |

## **CERTIFICATION OF NO OBJECTION REGARDING HEARING ON APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on October 23, 2017, at Document No. 137 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appear thereon. Pursuant to the Order scheduling Hearing at Document No. 138, Responses to Application were to be filed and served no later than November 9, 2017.

Date: November 10, 2017

s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com