## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| AMY J. DITTA | Case No. 15-21554JAD |
| Debtor(s) | |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | Chapter 13 |
| Movant | |
| vs. | Document No __ |
| CLEARSPRING LOAN SERVICES INC | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 0516.

Regular mortgage payments are currently being directed to the following creditor at the following address:

CLEARSPRING LOAN SERVICES INC
18451 N DALLAS PKWY STE 100
DALLAS,TX 75287

Movant has been requested to send payments to:
LAND HOME FINANCIAL SERVICES INC
3611 SOUTH HARBOR BLVD SUITE 100
SANTA ANA CA 92704

5778000006

The Chapter 13 Trustee's CID Records of CLEARSPRING LOAN SERVICES INC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 1/26/2018.

|  |  |
|---|---|
| cc: | Debtor |
|  | Original creditor |
|  | Putative creditor |
|  | Debtor's Counsel |

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>AMY J. DITTA, 242 COLEEN DRIVE, PITTSBURGH, PA  15236 | DEBTOR'S COUNSEL:<br>BRIAN C THOMPSON ESQ, THOMPSON LAW GROUP PC, 125 WARRENDALE-BAYNE ROAD, WARRENDALE, PA  15086 |
| ORIGINAL CREDITOR'S COUNSEL:<br>MATTHEW C WALDT ESQ, MILSTEAD & ASSOCIATES LLC, ONE EAST STOW RD, MARLTON, NJ  08053 | ORIGINAL CREDITOR:<br>CLEARSPRING LOAN SERVICES INC, 18451 N DALLAS PKWY STE 100, DALLAS, TX  75287 |
| NEW CREDITOR:<br>LAND HOME FINANCIAL SERVICES INC<br>3611 SOUTH HARBOR BLVD SUITE 100<br>SANTA ANA CA 92704 | |