## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Amy J. Ditta, | : | Bankruptcy No.:  15-21554-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Amy J. Ditta, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 153 |
| v. | : | |
| | : | |
| Ultipro, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the Wage

Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at

the address listed below on March 22, 2018, via first class mail postage prepaid:

**Ultipro**
**ATTN: Payroll Department**
**628 Green Valley, Suite 500**
**Greensboro, NC  27408**

Executed on:   March 22, 2018

s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor(s)

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)

125 Warrendale-Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor(s)

(724) 799-8404      Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for
Debtor(s)