## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Amy J. Ditta, | : | Bankruptcy No.: 15-21554-JAD |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Amy J. Ditta, | : | Related to Doc. No. 150 |
| Movant, | : | |
| v. | : | |
| The Fresh Market, | : | |
| Respondent. | : | |

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtor(s) having filed a Chapter 13 petition having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income: **Ultipro, ATTN: Payroll Department, 628 Green Valley, Suite 500, Greensboro, NC 27408** shall deduct from that income the sum of **$867.70** bi-weekly for a total of **$1,880.00** monthly, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D. PA.
P.O. BOX 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate. (note: emphasis added)

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in  this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the Administration of this attachment order, except as may be allowed upon application to and order of this  Court. **

Dated this 22nd day of March, 2018.

Jeffery A. Deller
Chief United States Bankruptcy Judge

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

CASE ADMINISTRATOR SHALL SERVE:
    Amy J. Ditta
    Brian C. Thompson, Esquire
    Ultipro / The Fresh Market
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
3/22/18 9:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-21554-JAD
Amy J. Ditta                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 1           Date Rcvd: Mar 22, 2018
                             Form ID: pdf900          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db             +Amy J. Ditta,    242 Coleen Drive,    Pittsburgh, PA 15236-4309
               +Ultipro / The Fresh Market,   Attn: Payroll Department,   628 Green Valley, Suite 500,
                Greensboro, NC 27408-7791

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
          Brian C. Thompson    on behalf of Debtor Amy J. Ditta bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
           c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
          James Warmbrodt    on behalf of Creditor   CERASTES, LLC bkgroup@kmllawgroup.com
          Matthew Christian Waldt    on behalf of Creditor   ClearSpring Loan Services, Inc.
           mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          Matthew Christian Waldt    on behalf of Creditor    Natixis Real Estate Holdings LLC (successor by
           merger to Natixis Real Estate Capital Inc.), as the Administrator of CM REO Trust
           mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          Matthew Christian Waldt    on behalf of Creditor   CERASTES, LLC mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Robert C. Edmundson    on behalf of Creditor   Office of Attorney General Department of Revenue
           redmundson@attorneygeneral.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                            TOTAL: 10