IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Amy J. Ditta |
|---|---|
| CASE NO. | 15-21554 JAD |
| RELATED TO DOCUMENT NO. | Transfer Of Claim Other Than For Security |

NOTICE REGARDING
NONCONFORMING DOCUMENT

The **Transfer Of Claim Other Than For Security** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The **Transfer Of Claim Other Than For Security must have a written signed signature of filer on the paper document.**

You must file **Transfer Of Claim Other Than For Security with a written signed signature of the filer** within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the Transfer Of Claim Other Than For Security with a written signed signature of the filer that is filed in response to this Notice.**

|  |  |  |
|---|---|---|
| June 1, 2018 | By: | Lylenn Fox |
| Date |  | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-21554-JAD
Amy J. Ditta                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Jun 04, 2018
                      Form ID: pdf901    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2018.
db         +Amy J. Ditta,    242 Coleen Drive,    Pittsburgh, PA 15236-4309
cr         +Laelia, LLC,    2001 Western Avenue, Suite 430,    Seattle, WA 98121-3132
           +MZimmerman Law, PLLC,    Attn: Tyler Lionquist,    99 Wall Street, # 172,
             New York, NY 10005-4310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2018 at the address(es) listed below:
        Brian C. Thompson    on behalf of Debtor Amy J. Ditta bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
        James Warmbrodt    on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com
        Matthew Christian Waldt    on behalf of Creditor    ClearSpring Loan Services, Inc.
         mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
        Matthew Christian Waldt    on behalf of Creditor    Natixis Real Estate Holdings LLC (successor by merger to Natixis Real Estate Capital Inc.), as the Administrator of CM REO Trust
         mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
        Matthew Christian Waldt    on behalf of Creditor    CERASTES, LLC mwaldt@milsteadlaw.com,
         bkecf@milsteadlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
         redmundson@attorneygeneral.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                      TOTAL: 10