**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-21554-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Amy J. Ditta
242 Coleen Drive
Pittsburgh PA 15236

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/03/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 3: ClearSpring Loan Services, Inc., c/o Acqura Loan Services, 18451 North Dallas Parkway, Suite 100, Dallas, TX 75287 | Land Home Financial Services<br>Attn: Payment Processing<br>P.O. Box 25164, Santa Ana, CA 92799-5164 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/08/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 15-21554-JAD
Amy J. Ditta                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Aug 06, 2018
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2018.
14191177        +ClearSpring Loan Services, Inc.,    c/o Acqura Loan Services,    18451 North Dallas Parkway,     Suite 100,    Dallas, TX 75287-5209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2018 at the address(es) listed below:
       Brian C. Thompson    on behalf of Debtor Amy J. Ditta bthompson@ThompsonAttorney.com,
      blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
       James   Warmbrodt    on behalf of Creditor   ClearSpring Loan Services, Inc. bkgroup@kmllawgroup.com
       James   Warmbrodt    on behalf of Creditor   CERASTES, LLC bkgroup@kmllawgroup.com
       Matthew Christian Waldt    on behalf of Creditor   Natixis Real Estate Holdings LLC (successor by merger to Natixis Real Estate Capital Inc.), as the Administrator of CM REO Trust mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
       Matthew Christian Waldt    on behalf of Creditor   CERASTES, LLC mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
       Matthew Christian Waldt    on behalf of Creditor   ClearSpring Loan Services, Inc. mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
       Robert C. Edmundson    on behalf of Creditor   Office of Attorney General Department of Revenue redmundson@attorneygeneral.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                  TOTAL: 11