# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| In Re: | Case No. 15-21554 |
| AMY J DITTA AND NATALIE R DITTA, | Chapter 13 |
| Debtor(s). | |

### APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Land Home Financial Services, a creditor and party in interest in the above-styled action, pursuant to Federal Rule of Bankruptcy Procedure 2002(g) requests notices required to be mailed or served in this case be directed to:

> Lisa Cancanon
> Weinstein & Riley, P.S.
> 11101 West 120th Avenue #280
> Broomfield, CO 80021
> lisac@w-legal.com

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Lisa Cancanon hereby enters their Notice of Appearance as Counsel in this matter on behalf of Land Home Financial Services.

/s/ Lisa Cancanon
Lisa Cancanon
Weinstein & Riley, P.S.
Attorney for Creditor
11101 West 120th Avenue #280
Broomfield, CO 80021
Bar ID: 323550
Phone: (303) 539 8600
Fax:
Email: lisac@w-legal.com

47726789

## CERTIFICATE OF SERVICE

       I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Notice of Appearance and Request for Notice was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on September 7, 2018:

<u>Trustee via First-Class Mail</u>
RONDA J WINNECOUR
600 GRANT ST
PITTSBURGH, PA 15219

<u>Opposing Counsel via First-Class Mail</u>
BRIAN C THOMPSON
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086

<u>Debtor via First-Class Mail</u>
Amy J Ditta
242 COLEEN DRIVE
PITTSBURGH, PA 15236

/s/ Lisa Cancanon
Lisa Cancanon

47726789