UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              §
                                                    §
Withdrawal of Appearances by Robert C.              §    MISCELLANEOUS NO.: 19-203
Edmundson in Various Open Cases and                 §
Entry of Appearance of Replacement                  §
Counsel in Various Open Cases                       §
                                                    §
                                                    §
                                                    §
                                                    §
                                                    §

## OMNIBUS ORDER GRANTING LEAVE TO WITHDRAW AND SUBSTITUTE APPEARANCES IN VARIOUS PENDING CASES

AND NOW this 12th Day of __April__, 2019, the Omnibus Motion to Withdraw and

Substitute Replacement Counsel in various open cases is granted.   The Clerk is directed to enter on the

docket of each of the cases listed upon Schedule A and B the withdrawal of the Appearance of Robert C.

Edmundson, and to enter the appearance of replacement counsel, T. Lawrence Palmer, upon the docket of

each of the cases listed on Schedule A of the Motion, and to enter the appearance of replacement counsel,

Anthony T. Kovalchick, upon the docket of each of the cases listed on Schedule B of the Motion.

By the Court,

_____
Carlota M. Böhm, Chief Bankruptcy Judge

FILED
4/12/19 10:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA