2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-21554-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Amy J. Ditta
242 Coleen Drive
Pittsburgh PA 15236

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/02/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Land Home Financial Services, Attn: Payment Processing, P.O. Box 25164, Santa Ana, CA 92799-5164 | U.S. Bank Trust National Association<br>Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  10/05/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-21554-JAD
Amy J. Ditta                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: culy              Page 1 of 1                 Date Rcvd: Oct 03, 2019
                                Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
14893143        Land Home Financial Services,   Attn: Payment Processing,
                 P.O. Box 25164, Santa Ana, CA 92799-5164

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor    Office of Attorney General Department of Revenue
               akovalchick@attorneygeneral.gov
              Brian C. Thompson    on behalf of Debtor Amy J. Ditta bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com
              James   Warmbrodt     on behalf of Creditor    ClearSpring Loan Services, Inc. bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com
              Lisa   Cancanon    on behalf of Creditor    Land Home Financial Services, Inc. lisac@w-legal.com
              Matthew Christian Waldt    on behalf of Creditor    CERASTES, LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    ClearSpring Loan Services, Inc.
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Natixis Real Estate Holdings LLC (successor by
               merger to Natixis Real Estate Capital Inc.), as the Administrator of CM REO Trust
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 12