Form 410

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Amy J. Ditta**
Debtor(s)

Bankruptcy Case No.: 15–21554–JAD
Doc. No. 175
Chapter: 13
Docket No.: 176 – 175
Concil. Conf.: February 20, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 30, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 13, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **February 20, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 13, 2019

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania

In re:                                                              Case No. 15-21554-JAD
Amy J. Ditta                                                        Chapter 13
        Debtor                       CERTIFICATE OF NOTICE

District/off: 0315-2         User: msch                Page 1 of 2       Date Rcvd: Nov 13, 2019
                             Form ID: 410              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db             +Amy J. Ditta,    242 Coleen Drive,    Pittsburgh, PA 15236-4309
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Office of Attorney General Department of Revenue,    Robert C. Edmundson,    564 Forbes Avenue,
                 Pittsburgh, PA 15219-2908
cr              U.S. Bank Trust National Association, as Trustee f,    Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX  75381-4609
14038128       +Aspen National Collections,    PO Box 10689,    Brooksville, FL 34603-0689
14125348       +CERASTES, LLC,    c/o Acqura Loan Services,    7880 Bent Branch Drive,    Suite 150,
                 Irving, TX 75063-6045
14038129       +CM REO Trust,    8742 Lucent Blvd, Suite 300,    Littleton, CO 80129-2386
14191177      #+ClearSpring Loan Services, Inc.,    c/o Acqura Loan Services,    18451 North Dallas Parkway,
                 Suite 100,    Dallas, TX 75287-5209
14038131       +Commonwealth of PA,    Department of Labor and Industry,    914 Penn Avenue, 6th Floor,
                 Pittsburgh, PA 15222-3713
14858661       +Laelia, LLC,    2001 Western Avenue, Suite 430,    Seattle, WA 98121-3132
14893143        Land Home Financial Services,    Attn: Payment Processing,
                 P.O. Box 25164, Santa Ana, CA 92799-5164
14038140       +Milstead & Associates, LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
14038136       +Select Portfolio,    3815 S. West Temple, Ste. 2000,    Salt Lake City, UT 84115-4412
14038137       +The Loan Servicing Center,    Customer Support Unit,    PO Box 551170,
                 Jacksonville, FL 32255-1170
14038138        U.A.L.U 354 Federal Credit Union,    271 Armbrust Road,    Youngwood, PA 15697
14038139       +U.A.L.U 354 Federal Credit Union,    PO Box 1,    Wilkinson Road,    Youngwood, PA 15697-0001
15133489        U.S. Bank Trust National Association,    Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX 75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14038130       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 14 2019 04:32:21    Comenity Bank/Chadwicks,
                 PO Box 182789,    Columbus, OH 43218-2789
14038132       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 14 2019 04:35:52     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
14106672       +E-mail/Text: kburkley@bernsteinlaw.com Nov 14 2019 04:34:30    Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14038133       +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2019 04:36:44    GECRB/JCPenny,    PO Box 965007,
                 Orlando, FL 32896-5007
14076401        E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 14 2019 04:38:03    MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14038134       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 14 2019 04:36:45    Merrick Bank,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
14096544        E-mail/Text: jennifer.chacon@spservicing.com Nov 14 2019 04:34:52
                 Natixis Real Estate Holdings LLC,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14046861        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2019 04:33:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
14038135       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2019 04:33:06
                 Pennsylvania Department of Revenue,    PO Box 280946,    Harrisburg, PA 17128-0946
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CERASTES, LLC
cr              ClearSpring Loan Services, Inc.
cr              Duquesne Light Company
cr              Land Home Financial Services, Inc.
cr              Natixis Real Estate Holdings LLC (successor by me
cr*            +Laelia, LLC,    2001 Western Avenue, Suite 430,    Seattle, WA 98121-3132
                                                                                 TOTALS: 5, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0315-2          User: msch                 Page 2 of 2          Date Rcvd: Nov 13, 2019
                              Form ID: 410               Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor   Office of Attorney General Department of Revenue
               akovalchick@attorneygeneral.gov
              Brian C. Thompson    on behalf of Debtor Amy J. Ditta bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              James   Warmbrodt    on behalf of Creditor   CERASTES, LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   ClearSpring Loan Services, Inc. bkgroup@kmllawgroup.com
              Lisa  Cancanon    on behalf of Creditor   Land Home Financial Services, Inc. lisac@w-legal.com
              Matthew Christian Waldt    on behalf of Creditor   CERASTES, LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor   ClearSpring Loan Services, Inc.
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Natixis Real Estate Holdings LLC (successor by
               merger to Natixis Real Estate Capital Inc.), as the Administrator of CM REO Trust
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                          TOTAL: 12
```