## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Amy J. Ditta, | : | Bankruptcy Case No.: 15-21554-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Amy J. Ditta, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | Related to Claim No.: 3 |
| U.S. Bank, National Association, | : | |
| | : | |
| Respondent. | : | |

## **DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on December 10, 2019, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the Plan even with the proposed change for January 1, 2020.

The new post-petition monthly payment payable to Respondent is $897.28, effective January 1, 2020, per the notice dated December 10, 2019.  The Debtor's Plan payment provides for a monthly payment to U.S Bank, National Association of $923.82.  Therefore, Debtor's Plan remains sufficient.

                                        Respectfully Submitted,

Date:  December 11, 2019         /s/Brian C. Thompson
                                        Brian C. Thompson, Esquire
                                        Attorney for Debtor
                                        PA I.D. # 91197
                                        Thompson Law Group, P.C.
                                        125 Warrendale Bayne Road, Suite 200
                                        (724) 799-8404 Telephone
                                        (724) 799-8409 Facsimile
                                        bthompson@thompsonattorney.com