**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Amy J. Ditta, | : | Bankruptcy Case No.: 15-21554-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Amy J. Ditta, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 178 |
| v. | : | |
| | : | Related to Claim No.: 3 |
| U.S. Bank, National Association, | : | |
| | : | |
| Respondent. | : | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Jill A. Gorzé, Paralegal, hereby certify that a copy of the Debtor's Declaration of Sufficient Plan Funding at Document No. 178 was served by First Class U.S. mail postage prepaid and/or electronic correspondence on December 11, 2019 on the parties listed below:

U.S Bank, National Association
c/o Fay Servicing, LLC
P.O. Box 814609
Dallas, TX  75381-4609

Ronda J. Winnecour
Office of the Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219

U.S. Bankruptcy Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Dated:  December 11, 2019

/s/ Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com