# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AMY DITTA, | Bankruptcy No.: 15-21554-JAD |
| Debtor, | Chapter 13 |
| RONDA J. WINNECOUR, Trustee, | |
| Movant, | |
| v. | Document No. |
| AMY DITTA, | |
| | Related to Document Nos. 175, 176 |
| Respondent | |

## DEBTORS' DECLARATION IN RESPONSE TO TRUSTEE'S CERTIFICATE OF DEFAULT

Pursuant with the Order of Court entered on December 28, 2017, after reasonable investigation and upon review of the existing Chapter 13 Plan, the Debtor avers that she will make additional direct payments beyond the monthly plan payment to cure the plan arrears.

Dated: December 30, 2019

/s/Brian C. Thompson, Esquire
Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com