# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

- **Debtor:** AMY J. DITTA
- **Case Number:** 15-21554-JAD          **Chapter:** 13
- **Date / Time / Room:** THURSDAY, FEBRUARY 20, 2020 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## *Matter:*

#175 - Trustee's Certificate of Default to Dismiss
+Affidavit by Debtor
R / M #:  175 / 0

FILED
2/21/20 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Appearances:*

- **Debtor:** Lemon
- **Trustee:** Winnecour / Pail / Katz / **(DeSimone)**
- **Creditor:**

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. __✓__ Other:

COD withdrawn