# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Amy J. Ditta,

    Debtor.

Thompson Law Group, P.C.,

    Applicant,

vs.

    No Respondent.

Bankruptcy No. 15-21554-JAD

Chapter 13
Document No.

Related to Document No.

**Hearing date and time:**
April 3, 2020 at 11:00 A.M.

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents Amy J. Ditta.

2. This is an interim application for the period October 13, 2017 through March 9, 2020.

3. Previous retainer paid to Applicant: $500.00

4. Previous interim compensation allowed to Applicant: $9,159.18

5. Applicant requests additional:
   Compensation of $2,925.00
   Reimbursement of Expenses of $74.02

6. A hearing on the Application will be held in Courtroom D, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before Judge Jeffery A. Deller on April 3, 2020 at 11:00 a.m.

7. Any written objections must be filed with the court and served on Applicant on or before March 26, 2020, i.e. no less than seventeen (17) days from the date of this notice plus an additional three days if served by mail). Copies of the application are available from the applicant.

Dated: March 9, 2020        /s/Brian C. Thompson
                                    Brian C. Thompson, Esquire
                                    PA ID No. 91197
                                    THOMPSON LAW GROUP, P.C.
                                    125 Warrendale Bayne Road, Suite 200
                                    Warrendale, PA 15086
                                    (724) 799-8404
                                    bthompson@thompsonattorney.com