IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 15-21554-JAD |
| Amy J. Ditta ) | Chapter 13 |
|     Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
| vs. ) | |
| Amy J. Ditta ) | |
|     Respondent(s) ) | |

### NOTICE OF TELEPHONIC HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing.  If a written response is timely filed, a telephonic hearing on the Trustee's motion will be held on May 27, 2020 at 10:00 a.m. before Judge Jeffery A. Deller.  Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866)582-6878 no later than twenty-four (24) hours prior to the scheduled hearing.  All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.gov.  Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before May 11, 2020.

|  |  |
|---|---|
|  | /s/ Ronda J. Winnecour |
| 4-21-20 | Ronda J. Winnecour (PA I.D.#30399) |
| Date | Attorney and the Chapter 13 Trustee |
|  | U.S. Steel Tower – Suite 3250 |
|  | 600 Grant Street |
|  | Pittsburgh, PA  15219 |
|  | cmecf@chapter13trusteewdpa.com |