**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>AMY J. DITTA<br><br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>AMY J. DITTA<br><br><br>       Respondents | Bankruptcy No.15-21554JAD<br><br><br>Chapter 13<br><br><br>Related To Doc No. 192 |

---

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 23rd day of June, 2020, it is hereby ORDERED, ADJUDGED and DECREED that,

Ultipro
Attn Payroll Department
628 Green Valley
Suite 500
Greensboro,NC 27408

is hereby ordered to immediately terminate the attachment of the wages of AMY J. DITTA, social security number XXX-XX-5056.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of AMY J. DITTA.

BY THE COURT:

_____
JEFFERY A. DELLER          **mas**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 15-21554-JAD
Amy J. Ditta                                                     Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 1           Date Rcvd: Jun 23, 2020
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2020.
db              +Amy J. Ditta,    242 Coleen Drive,   Pittsburgh, PA 15236-4309
                +Ultipro,   Attn: Payroll Department,   628 Green Valley,   Suite 500,
                 Greensboro, NC 27408-7791

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

_____

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 25, 2020                        Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2020 at the address(es) listed below:
          Anthony T. Kovalchick    on behalf of Creditor    Office of Attorney General Department of Revenue
          akovalchick@attorneygeneral.gov
          Brian C. Thompson    on behalf of Debtor Amy J. Ditta bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
          hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
          James Warmbrodt    on behalf of Creditor    ClearSpring Loan Services, Inc. bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com
          Lisa Cancanon    on behalf of Creditor    Land Home Financial Services, Inc. lisac@w-legal.com
          Matthew Christian Waldt    on behalf of Creditor    Natixis Real Estate Holdings LLC (successor by
          merger to Natixis Real Estate Capital Inc.), as the Administrator of CM REO Trust
          mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          Matthew Christian Waldt    on behalf of Creditor    CERASTES, LLC mwaldt@milsteadlaw.com,
          bkecf@milsteadlaw.com
          Matthew Christian Waldt    on behalf of Creditor    ClearSpring Loan Services, Inc.
          mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                               TOTAL: 12