**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Amy J. Ditta**
Debtor(s)

Bankruptcy Case No.: 15−21554−JAD
Related To Doc. No. 195
Chapter: 13
Docket No.: 196 − 195

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 30th of July, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/24/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/2/20 at 11:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/24/20.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 15-21554-JAD
Amy J. Ditta                                                        Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: msch              Page 1 of 2         Date Rcvd: Jul 30, 2020
                              Form ID: 408            Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2020.
```
db          +Amy J. Ditta,   242 Coleen Drive,   Pittsburgh, PA 15236-4309
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
cr          +Office of Attorney General Department of Revenue,   Robert C. Edmundson,    564 Forbes Avenue,
             Pittsburgh, PA 15219-2908
cr           U.S. Bank Trust National Association, as Trustee f,   Fay Servicing, LLC,    PO Box 814609,
             Dallas, TX  75381-4609
14038128    +Aspen National Collections,   PO Box 10689,   Brooksville, FL 34603-0689
14125348    +CERASTES, LLC,   c/o Acqura Loan Services,   7880 Bent Branch Drive,   Suite 150,
             Irving, TX 75063-6045
14038129    +CM REO Trust,   8742 Lucent Blvd, Suite 300,   Littleton, CO 80129-2386
14038131    +Commonwealth of PA,   Department of Labor and Industry,   914 Penn Avenue, 6th Floor,
             Pittsburgh, PA 15222-3713
14858661    +Laelia, LLC,   2001 Western Avenue, Suite 430,   Seattle, WA 98121-3132
14893143     Land Home Financial Services,   Attn: Payment Processing,
             P.O. Box 25164, Santa Ana, CA 92799-5164
14038140    +Milstead & Associates, LLC,   1 E. Stow Road,   Marlton, NJ 08053-3118
14038136    +Select Portfolio,   3815 S. West Temple, Ste. 2000,   Salt Lake City, UT 84115-4412
14038137    +The Loan Servicing Center,   Customer Support Unit,   PO Box 551170,
             Jacksonville, FL 32255-1170
14038138     U.A.L.U 354 Federal Credit Union,   271 Armbrust Road,   Youngwood, PA 15697
14038139    +U.A.L.U 354 Federal Credit Union,   PO Box 1,   Wilkinson Road,   Youngwood, PA 15697-0001
15133489     U.S. Bank Trust National Association,   Fay Servicing, LLC,   PO Box 814609,
             Dallas, TX 75381-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14038130    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2020 05:03:29     Comenity Bank/Chadwicks,
             PO Box 182789,   Columbus, OH 43218-2789
14038132    +E-mail/PDF: creditonebknotifications@resurgent.com Jul 31 2020 05:10:13     Credit One Bank,
             PO Box 98873,   Las Vegas, NV 89193-8873
14106672    +E-mail/Text: kburkley@bernsteinlaw.com Jul 31 2020 05:05:15     Duquesne Light Company,
             c/o Peter J. Ashcroft,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
             Pittsburgh, PA 15219-1945
14038133    +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:10:47     GECRB/JCPenny,   PO Box 965007,
             Orlando, FL 32896-5007
14076401     E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 31 2020 05:10:40     MERRICK BANK,
             Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14038134    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 31 2020 05:09:48     Merrick Bank,
             PO Box 9201,   Old Bethpage, NY 11804-9001
14096544     E-mail/Text: jennifer.chacon@spservicing.com Jul 31 2020 05:05:35
             Natixis Real Estate Holdings LLC,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
             Salt Lake City, UT 84165-0250
14046861     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2020 05:04:04
             Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
             Harrisburg, Pa.  17128-0946
14038135    +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2020 05:04:04
             Pennsylvania Department of Revenue,   PO Box 280946,   Harrisburg, PA 17128-0946
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CERASTES, LLC
cr              ClearSpring Loan Services, Inc.
cr              Duquesne Light Company
cr              Land Home Financial Services, Inc.
cr              Natixis Real Estate Holdings LLC (successor by me
cr*            +Laelia, LLC,   2001 Western Avenue, Suite 430,   Seattle, WA 98121-3132
14191177     ##+ClearSpring Loan Services, Inc.,   c/o Acqura Loan Services,   18451 North Dallas Parkway,
             Suite 100,   Dallas, TX 75287-5209
                                                                                TOTALS: 5, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2              User: msch                Page 2 of 2               Date Rcvd: Jul 30, 2020
                                  Form ID: 408              Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor    Office of Attorney General Department of Revenue
               akovalchick@attorneygeneral.gov
              Brian C. Thompson    on behalf of Debtor Amy J. Ditta bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              James    Warmbrodt     on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    ClearSpring Loan Services, Inc. bkgroup@kmllawgroup.com
              Lisa   Cancanon    on behalf of Creditor    Land Home Financial Services, Inc. lisac@w-legal.com,
               Llombardi06@law.du.edu
              Matthew Christian Waldt    on behalf of Creditor    CERASTES, LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    ClearSpring Loan Services, Inc.
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Natixis Real Estate Holdings LLC (successor by
               merger to Natixis Real Estate Capital Inc.), as the Administrator of CM REO Trust
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                           TOTAL: 12
```