**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>AMY J. DITTA<br><br>  Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>    Movant<br>  vs.<br>No Respondents. | Case No.:15-21554 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

July 29, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 04/30/2015  and confirmed on 6/22/15 .  The case was subsequently           Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 87,340.40 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 87,340.40 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 11,658.20 | |
|   Trustee Fee | 3,922.53 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15,580.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL<br>    Acct: 6026 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US BANK TRUST NA - TRUSTEE ET AL<br>    Acct: 6026 | 917.82 | 917.82 | 0.00 | 917.82 |
|   US BANK TRUST NA - TRUSTEE ET AL<br>    Acct: 6026 | 0.00 | 47,993.72 | 0.00 | 47,993.72 |
|   US BANK TRUST NA - TRUSTEE ET AL<br>    Acct: 6026 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: 2375 | 12,541.77 | 12,541.77 | 1,180.34 | 13,722.11 |
|   PA DEPARTMENT OF LABOR & INDUSTRY<br>    Acct: | 319.34 | 319.34 | 490.49 | 809.83 |
|   UALU 354 FCU<br>    Acct: 0000 | 2,415.00 | 2,415.00 | 136.45 | 2,551.45 |
| | | | | 65,994.93 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   AMY J. DITTA<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   THOMPSON LAW GROUP PC<br>    Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   THOMPSON LAW GROUP PC<br>    Acct: XXXXXXXXXXXXXXXXXXXXXXXX9/20 | 2,999.02 | 2,999.02 | 0.00 | 0.00 |
|   THOMPSON LAW GROUP PC<br>    Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX2-17 | 5,159.18 | 5,159.18 | 0.00 | 0.00 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: 2375 | 3,283.33 | 3,283.33 | 0.00 | 3,283.33 |
|   CLERK, U S BANKRUPTCY COURT<br>    Acct: 4JAD | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 3,283.33 |
| **Unsecured** | | | | |
|   ASPEN NATIONAL COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |

15-21554 JAD                                                                                         Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 5056 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5535 | | | | |
|   CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6142 | | | | |
|   GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9770 | | | | |
|   MERRICK BANK | 747.53 | 747.53 | 0.00 | 747.53 |
|     Acct: 1171 | | | | |
|   UALU 354 FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1000 | | | | |
|   PA DEPARTMENT OF REVENUE* | 921.93 | 921.93 | 0.00 | 921.93 |
|     Acct: 2375 | | | | |
|   DUQUESNE LIGHT COMPANY* | 811.95 | 811.95 | 0.00 | 811.95 |
|     Acct: 5056 | | | | |
|   BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KIMBERLY A BONNER ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LISA CANCANON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 2,481.41 |

TOTAL PAID TO CREDITORS                                                                              71,759.67

   TOTAL CLAIMED
   PRIORITY           3,283.33
   SECURED           16,193.93
   UNSECURED          2,481.41


Date: 07/29/2020                                         /s/ Ronda J. Winnecour

                                                      RONDA J WINNECOUR PA ID #30399
                                                      CHAPTER 13 TRUSTEE WD PA
                                                      600 GRANT STREET
                                                      SUITE 3250 US STEEL TWR
                                                      PITTSBURGH, PA  15219
                                                      (412) 471-5566
                                                      cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   AMY J. DITTA

         Debtor(s)

   Ronda J. Winnecour
         Movant
      vs.
   No Repondents.

Case No.:15-21554 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-21554-JAD
Amy J. Ditta                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: msch　　　　　　Page 1 of 2　　　　　　Date Rcvd: Jul 30, 2020
　　　　　　　　　　　　　　Form ID: pdf900　　　　Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2020.
```
db             +Amy J. Ditta,    242 Coleen Drive,    Pittsburgh, PA 15236-4309
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Office of Attorney General Department of Revenue,    Robert C. Edmundson,    564 Forbes Avenue,
                 Pittsburgh, PA 15219-2908
cr              U.S. Bank Trust National Association, as Trustee f,    Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX 75381-4609
14038128       +Aspen National Collections,    PO Box 10689,    Brooksville, FL 34603-0689
14125348       +CERASTES, LLC,    c/o Acqura Loan Services,    7880 Bent Branch Drive,    Suite 150,
                 Irving, TX 75063-6045
14038129       +CM REO Trust,    8742 Lucent Blvd, Suite 300,    Littleton, CO 80129-2386
14038131       +Commonwealth of PA,    Department of Labor and Industry,    914 Penn Avenue, 6th Floor,
                 Pittsburgh, PA 15222-3713
14858661       +Laelia, LLC,    2001 Western Avenue, Suite 430,    Seattle, WA 98121-3132
14893143        Land Home Financial Services,    Attn: Payment Processing,
                 P.O. Box 25164, Santa Ana, CA 92799-5164
14038140       +Milstead & Associates, LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
14038136       +Select Portfolio,    3815 S. West Temple, Ste. 2000,    Salt Lake City, UT 84115-4412
14038137       +The Loan Servicing Center,    Customer Support Unit,    PO Box 551170,
                 Jacksonville, FL 32255-1170
14038138        U.A.L.U 354 Federal Credit Union,    271 Armbrust Road,    Youngwood, PA 15697
14038139       +U.A.L.U 354 Federal Credit Union,    PO Box 1,    Wilkinson Road,    Youngwood, PA 15697-0001
15133489        U.S. Bank Trust National Association,    Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX 75381-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14038130       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2020 05:03:40     Comenity Bank/Chadwicks,
                 PO Box 182789,    Columbus, OH 43218-2789
14038132       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 31 2020 05:10:14      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
14106672       +E-mail/Text: kburkley@bernsteinlaw.com Jul 31 2020 05:05:21     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14038133       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:10:02      GECRB/JCPenny,    PO Box 965007,
                 Orlando, FL 32896-5007
14076401        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 31 2020 05:08:55      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14038134       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 31 2020 05:10:45      Merrick Bank,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
14096544        E-mail/Text: jennifer.chacon@spservicing.com Jul 31 2020 05:05:35
                 Natixis Real Estate Holdings LLC,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14046861        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2020 05:04:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa. 17128-0946
14038135       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2020 05:04:10
                 Pennsylvania Department of Revenue,    PO Box 280946,    Harrisburg, PA 17128-0946
                                                                                               TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              CERASTES, LLC
cr              ClearSpring Loan Services, Inc.
cr              Duquesne Light Company
cr              Land Home Financial Services, Inc.
cr              Natixis Real Estate Holdings LLC (successor by me
cr*            +Laelia, LLC,    2001 Western Avenue, Suite 430,    Seattle, WA 98121-3132
14191177      ##+ClearSpring Loan Services, Inc.,    c/o Acqura Loan Services,    18451 North Dallas Parkway,
                 Suite 100,    Dallas, TX 75287-5209
                                                                                TOTALS: 5, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2            User: msch                Page 2 of 2              Date Rcvd: Jul 30, 2020
                                Form ID: pdf900           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor    Office of Attorney General Department of Revenue
               akovalchick@attorneygeneral.gov
              Brian C. Thompson     on behalf of Debtor Amy J. Ditta bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              James    Warmbrodt     on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    ClearSpring Loan Services, Inc. bkgroup@kmllawgroup.com
              Lisa    Cancanon    on behalf of Creditor     Land Home Financial Services, Inc. lisac@w-legal.com,
               Llombardi06@law.du.edu
              Matthew Christian Waldt     on behalf of Creditor    CERASTES, LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Christian Waldt     on behalf of Creditor    ClearSpring Loan Services, Inc.
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Matthew Christian Waldt     on behalf of Creditor    Natixis Real Estate Holdings LLC (successor by
               merger to Natixis Real Estate Capital Inc.), as the Administrator of CM REO Trust
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 12
```