| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Amy J. Ditta** | Social Security number or ITIN   xxx–xx–5056 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **15–21554–JAD** | | |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Amy J. Ditta

<u>8/25/20</u>                                                                **By the court:**        <u>Jeffery A. Deller</u>
                                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-21554-JAD
Amy J. Ditta                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: culy              Page 1 of 2              Date Rcvd: Aug 25, 2020
                               Form ID: 3180W          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2020.
```
db              +Amy J. Ditta,    242 Coleen Drive,    Pittsburgh, PA 15236-4309
cr              +Equitable Gas Bankruptcy Department,     Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                  Pittsburgh, PA 15212-5860
cr              +Office of Attorney General Department of Revenue,     Robert C. Edmundson,    564 Forbes Avenue,
                  Pittsburgh, PA 15219-2908
cr               U.S. Bank Trust National Association, as Trustee f,     Fay Servicing, LLC,    PO Box 814609,
                  Dallas, TX 75381-4609
14038128        +Aspen National Collections,     PO Box 10689,    Brooksville, FL 34603-0689
14125348        +CERASTES, LLC,    c/o Acqura Loan Services,     7880 Bent Branch Drive,   Suite 150,
                  Irving, TX 75063-6045
14038129        +CM REO Trust,    8742 Lucent Blvd, Suite 300,     Littleton, CO 80129-2386
14038131        +Commonwealth of PA,    Department of Labor and Industry,    914 Penn Avenue, 6th Floor,
                  Pittsburgh, PA 15222-3713
14858661        +Laelia, LLC,    2001 Western Avenue, Suite 430,    Seattle, WA 98121-3132
14893143         Land Home Financial Services,     Attn: Payment Processing,
                  P.O. Box 25164, Santa Ana, CA 92799-5164
14038140        +Milstead & Associates, LLC,     1 E. Stow Road,   Marlton, NJ 08053-3118
14038136        +Select Portfolio,    3815 S. West Temple, Ste. 2000,    Salt Lake City, UT 84115-4412
14038137        +The Loan Servicing Center,     Customer Support Unit,   PO Box 551170,
                  Jacksonville, FL 32255-1170
14038138         U.A.L.U 354 Federal Credit Union,     271 Armbrust Road,    Youngwood, PA 15697
14038139        +U.A.L.U 354 Federal Credit Union,     PO Box 1,   Wilkinson Road,    Youngwood, PA 15697-0001
15133489         U.S. Bank Trust National Association,     Fay Servicing, LLC,    PO Box 814609,
                  Dallas, TX 75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 26 2020 03:50:56      Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA  17128-0946
14038130        +EDI: WFNNB.COM Aug 26 2020 07:33:00      Comenity Bank/Chadwicks,    PO Box 182789,
                  Columbus, OH 43218-2789
14038132        +E-mail/PDF: creditonebknotifications@resurgent.com Aug 26 2020 03:53:12       Credit One Bank,
                  PO Box 98873,   Las Vegas, NV 89193-8873
14106672        +E-mail/Text: kburkley@bernsteinlaw.com Aug 26 2020 03:51:39      Duquesne Light Company,
                  c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                  Pittsburgh, PA 15219-1945
14038133        +EDI: RMSC.COM Aug 26 2020 07:33:00      GECRB/JCPenny,    PO Box 965007,    Orlando, FL 32896-5007
14076401         E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 26 2020 03:53:10       MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14038134        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 26 2020 03:53:30       Merrick Bank,
                  PO Box 9201,   Old Bethpage, NY 11804-9001
14096544         E-mail/Text: jennifer.chacon@spservicing.com Aug 26 2020 03:51:43
                  Natixis Real Estate Holdings LLC,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                  Salt Lake City, UT 84165-0250
14046861         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 26 2020 03:50:57
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, Pa.  17128-0946
14038135        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 26 2020 03:50:57
                  Pennsylvania Department of Revenue,    PO Box 280946,    Harrisburg, PA 17128-0946
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               CERASTES, LLC
cr               ClearSpring Loan Services, Inc.
cr               Duquesne Light Company
cr               Land Home Financial Services, Inc.
cr               Natixis Real Estate Holdings LLC (successor by me
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
cr*             +Laelia, LLC,    2001 Western Avenue, Suite 430,    Seattle, WA 98121-3132
14191177       ##+ClearSpring Loan Services, Inc.,    c/o Acqura Loan Services,    18451 North Dallas Parkway,
                  Suite 100,   Dallas, TX 75287-5209
                                                                                   TOTALS: 5, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2         User: culy              Page 2 of 2             Date Rcvd: Aug 25, 2020
                             Form ID: 3180W          Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:

    Anthony T. Kovalchick    on behalf of Creditor    Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov

    Brian C. Thompson    on behalf of Debtor Amy J. Ditta bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

    James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I bkgroup@kmllawgroup.com

    James Warmbrodt    on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com

    James Warmbrodt    on behalf of Creditor    ClearSpring Loan Services, Inc. bkgroup@kmllawgroup.com

    Lisa Cancanon    on behalf of Creditor    Land Home Financial Services, Inc. lisac@w-legal.com, Llombardi06@law.du.edu

    Matthew Christian Waldt    on behalf of Creditor    CERASTES, LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

    Matthew Christian Waldt    on behalf of Creditor    ClearSpring Loan Services, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

    Matthew Christian Waldt    on behalf of Creditor    Natixis Real Estate Holdings LLC (successor by merger to Natixis Real Estate Capital Inc.), as the Administrator of CM REO Trust mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

    Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

    S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                               TOTAL: 13