IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　AMY J. DITTA<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　　Movant<br>　　　vs.<br>　No Repondents. | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 15-21554 JAD<br><br>Chapter 13<br><br>Related To Doc. No. 195 |

ORDER OF COURT

　　AND NOW, this <u>25th</u> day of <u>August</u>, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4) Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　_____ mas
　　　　　　　　　　　　　　JEFFERY A. DELLER
　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-21554-JAD
Amy J. Ditta                                                          Chapter 13
      Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0315-2           User: culy              Page 1 of 2              Date Rcvd: Aug 25, 2020
                               Form ID: pdf900         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2020.
```
db          +Amy J. Ditta,   242 Coleen Drive,   Pittsburgh, PA 15236-4309
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
cr          +Office of Attorney General Department of Revenue,   Robert C. Edmundson,   564 Forbes Avenue,
              Pittsburgh, PA 15219-2908
cr           U.S. Bank Trust National Association, as Trustee f,   Fay Servicing, LLC,   PO Box 814609,
              Dallas, TX  75381-4609
14038128    +Aspen National Collections,   PO Box 10689,   Brooksville, FL 34603-0689
14125348    +CERASTES, LLC,   c/o Acqura Loan Services,   7880 Bent Branch Drive,   Suite 150,
              Irving, TX 75063-6045
14038129    +CM REO Trust,   8742 Lucent Blvd, Suite 300,   Littleton, CO 80129-2386
14038131    +Commonwealth of PA,   Department of Labor and Industry,   914 Penn Avenue, 6th Floor,
              Pittsburgh, PA 15222-3713
14858661    +Laelia, LLC,   2001 Western Avenue, Suite 430,   Seattle, WA 98121-3132
14893143     Land Home Financial Services,   Attn: Payment Processing,
              P.O. Box 25164, Santa Ana, CA 92799-5164
14038140    +Milstead & Associates, LLC,   1 E. Stow Road,   Marlton, NJ 08053-3118
14038136    +Select Portfolio,   3815 S. West Temple, Ste. 2000,   Salt Lake City, UT 84115-4412
14038137    +The Loan Servicing Center,   Customer Support Unit,   PO Box 551170,
              Jacksonville, FL 32255-1170
14038138     U.A.L.U 354 Federal Credit Union,   271 Armbrust Road,   Youngwood, PA 15697
14038139    +U.A.L.U 354 Federal Credit Union,   PO Box 1,   Wilkinson Road,   Youngwood, PA 15697-0001
15133489     U.S. Bank Trust National Association,   Fay Servicing, LLC,   PO Box 814609,
              Dallas, TX 75381-4609
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14038130    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 26 2020 03:50:41      Comenity Bank/Chadwicks,
              PO Box 182789,   Columbus, OH 43218-2789
14038132    +E-mail/PDF: creditonebknotifications@resurgent.com Aug 26 2020 03:53:12      Credit One Bank,
              PO Box 98873,   Las Vegas, NV 89193-8873
14106672    +E-mail/Text: kburkley@bernsteinlaw.com Aug 26 2020 03:51:38      Duquesne Light Company,
              c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
14038133    +E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2020 03:53:07      GECRB/JCPenny,   PO Box 965007,
              Orlando, FL 32896-5007
14076401     E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 26 2020 03:53:51      MERRICK BANK,
              Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14038134    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 26 2020 03:53:51      Merrick Bank,
              PO Box 9201,   Old Bethpage, NY 11804-9001
14096544     E-mail/Text: jennifer.chacon@spservicing.com Aug 26 2020 03:51:43
              Natixis Real Estate Holdings LLC,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
              Salt Lake City, UT 84165-0250
14046861     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 26 2020 03:50:54
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, Pa.  17128-0946
14038135    +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 26 2020 03:50:54
              Pennsylvania Department of Revenue,   PO Box 280946,   Harrisburg, PA 17128-0946
                                                                                              TOTAL: 9
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             CERASTES, LLC
cr             ClearSpring Loan Services, Inc.
cr             Duquesne Light Company
cr             Land Home Financial Services, Inc.
cr             Natixis Real Estate Holdings LLC (successor by me
cr*         +Laelia, LLC,   2001 Western Avenue, Suite 430,   Seattle, WA 98121-3132
14191177    ##+ClearSpring Loan Services, Inc.,   c/o Acqura Loan Services,   18451 North Dallas Parkway,
              Suite 100,   Dallas, TX 75287-5209
                                                                                 TOTALS: 5, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: culy                 Page 2 of 2              Date Rcvd: Aug 25, 2020
                              Form ID: pdf900            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:

```
              Anthony T. Kovalchick    on behalf of Creditor   Office of Attorney General Department of Revenue
               akovalchick@attorneygeneral.gov
              Brian C. Thompson     on behalf of Debtor Amy J. Ditta bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              James    Warmbrodt     on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               CVI LCF Mortgage Loan Trust I bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    CERASTES, LLC bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    ClearSpring Loan Services, Inc. bkgroup@kmllawgroup.com
              Lisa    Cancanon    on behalf of Creditor    Land Home Financial Services, Inc. lisac@w-legal.com,
               Llombardi06@law.du.edu
              Matthew Christian Waldt     on behalf of Creditor    CERASTES, LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Christian Waldt     on behalf of Creditor    ClearSpring Loan Services, Inc.
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Natixis Real Estate Holdings LLC (successor by
               merger to Natixis Real Estate Capital Inc.), as the Administrator of CM REO Trust
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 13
```