FILED
12/28/20 8:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Amy J. Ditta ) | Bankruptcy No. 15-21554-JAD |
| ) | |
| Debtor(s) ) | Chapter 13 |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related To Doc. No. 207 |
| Trustee, ) | |
| ) | |
| Movant, ) | |
| ) | |
| Vs. ) | |
| Amy J. Ditta ) | |
| Respondent(s) ) | |

ORDER OF COURT

AND NOW, this 28th day of December, 2020, upon consideration of the Trustee's Motion to Enlarge Time for Filing of Final Report and Account, it is hereby

ORDERED that the motion is Granted and the Chapter 13 Trustee shall file the Final Report and Account on or before **May 31, 2021**.

BY THE COURT:

_____  mas
Jeffery A. Deller
U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Amy J. Ditta  
    Debtor(s)

Case No. 15-21554-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 3  
Date Rcvd: Dec 28, 2020     Form ID: pdf900     Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy J. Ditta, 242 Coleen Drive, Pittsburgh, PA 15236-4309 |
| cr | + | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5860 |
| cr | + | Office of Attorney General Department of Revenue, Robert C. Edmundson, 564 Forbes Avenue, Pittsburgh, PA 15219-2908 |
| cr | | U.S. Bank Trust National Association, as Trustee f, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14038128 | + | Aspen National Collections, PO Box 10689, Brooksville, FL 34603-0689 |
| 14125348 | + | CERASTES, LLC, c/o Acqura Loan Services, 7880 Bent Branch Drive, Suite 150, Irving, TX 75063-6045 |
| 14038129 | + | CM REO Trust, 8742 Lucent Blvd, Suite 300, Littleton, CO 80129-2386 |
| 14038131 | + | Commonwealth of PA, Department of Labor and Industry, 914 Penn Avenue, 6th Floor, Pittsburgh, PA 15222-3713 |
| 14858661 | + | Laelia, LLC, 2001 Western Avenue, Suite 430, Seattle, WA 98121-3132 |
| 14893143 | | Land Home Financial Services, Attn: Payment Processing, P.O. Box 25164, Santa Ana, CA 92799-5164 |
| 14038140 | + | Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14038136 | + | Select Portfolio, 3815 S. West Temple, Ste. 2000, Salt Lake City, UT 84115-4412 |
| 14038137 | + | The Loan Servicing Center, Customer Support Unit, PO Box 551170, Jacksonville, FL 32255-1170 |
| 14038139 | + | U.A.L.U 354 Federal Credit Union, PO Box 1, Wilkinson Road, Youngwood, PA 15697-0001 |
| 14038138 | | U.A.L.U 354 Federal Credit Union, 271 Armbrust Road, Youngwood, PA 15697 |
| 15133489 | | U.S. Bank Trust National Association, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14038130 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 29 2020 03:34:00 | Comenity Bank/Chadwicks, PO Box 182789, Columbus, OH 43218-2789 |
| 14038132 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 29 2020 02:49:51 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14106672 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 29 2020 03:35:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14038133 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 29 2020 04:07:28 | GECRB/JCPenny, PO Box 965007, Orlando, FL 32896-5007 |
| 14076401 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2020 02:41:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14038134 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2020 04:07:28 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14096544 | | Email/Text: jennifer.chacon@spservicing.com | Dec 29 2020 03:35:00 | Natixis Real Estate Holdings LLC, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14038135 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 29 2020 03:34:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14046861 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

Case 15-21554-JAD    Doc 210    Filed 12/30/20    Entered 12/31/20 00:38:57    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: culy | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 28, 2020 | Form ID: pdf900 | Total Noticed: 25 |

|   |   | Dec 29 2020 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
|---|---|---|---|

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | CERASTES, LLC |
| cr |  | ClearSpring Loan Services, Inc. |
| cr |  | Duquesne Light Company |
| cr |  | Land Home Financial Services, Inc. |
| cr |  | Natixis Real Estate Holdings LLC (successor by me |
| cr | *+ | Laelia, LLC, 2001 Western Avenue, Suite 430, Seattle, WA 98121-3132 |
| 14191177 | ##+ | ClearSpring Loan Services, Inc., c/o Acqura Loan Services, 18451 North Dallas Parkway, Suite 100, Dallas, TX 75287-5209 |

TOTAL: 5 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI LCF Mortgage Loan Trust I bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor CERASTES LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor ClearSpring Loan Services Inc. bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Amy J. Ditta bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com |
| Lisa Cancanon | on behalf of Creditor Land Home Financial Services Inc. lisac@w-legal.com, Llombardi06@law.du.edu |
| Matthew Christian Waldt | on behalf of Creditor CERASTES LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Matthew Christian Waldt | on behalf of Creditor ClearSpring Loan Services Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Matthew Christian Waldt |  |

| District/off: 0315-2 | User: culy | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 28, 2020 | Form ID: pdf900 | Total Noticed: 25 |

on behalf of Creditor Natixis Real Estate Holdings LLC (successor by merger to Natixis Real Estate Capital Inc.) as the Administrator of CM REO Trust mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
   on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Equitable Gas Bankruptcy Department ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 13